# Richmond.

## FOWLER v. HESS.

### December 3rd, 1891.

SERVICES NOT UPON CONTRACT—*Case at bar.*—Where in suit by one, who, without definite contract with owner, "managed" latter's farm, it appears that plaintiff received its entire products, and that his services were worth no more;

HELD :

> Items in commissioner's report allowing him additional amounts for his services and board should be stricken out.

Appeal from decree of circuit court of Amherst county, rendered December 30th, 1889, in a cause wherein the appellant, Frederick H. Fowler, was complainant, and S. J. Hess was defendant. Opinion states the case.

*C. L. Scott,* for appellant.

*No counsel* appeared for appellee.

LEWIS, P., delivered the opinion of the court.

Without going into the voluminous details of the accounts between the parties, which fully appear from the commissioner's report and the depositions returned therewith, we will only say that we see no reason to disturb the result reached by the commissioner, except as to the following items—viz. : $258.33, charged against the defendant for fifteen and a half

months' services; $155, for board for the same time; and $179.21, for use and occupation of the farm; the last item being charged against the plaintiff.

We are of opinion that these three items ought to be stricken out of the report. The evidence does not show that the plaintiff was entitled to anything as compensation for his services in looking after the farm and other interests of the defendant, or that over and above the use and occupation of the farm and the products thereof, which were received by the plaintiff, anything ought to be paid him. There was no definite contract between the parties on the subject, and the proof does not show that his services were reasonably worth more.

With these items stricken out of the account, there would be a balance due the plaintiff of $143.31, for which sum he is entitled to a decree.

The decree dismissing the bill will therefore be reversed, and a decree entered here in favor of the appellant for the last-mentioned sum and costs.

DECREE REVERSED.